[Civil No. 497.]

## C. A. GACTJEUS v. PETER HENDERSON.

APPEAL from the District Court of the First Judicial District in and for the County of Cochise. J. D. Bethune, Judge.

Allen R. English, for Appellant.

William Herring, for Appellee.

January 21, 1896. Affirmed.

---

[Civil No. 511.]

## T. W. OTIS, Appellant, v. THE CITY OF PRESCOTT, Appellee.

APPEAL from the District Court of the Fourth Judicial District in and for the County of Yavapai. John J. Hawkins, Judge.

Johnson & Sloan, and E. W. Sanford, for Appellant.

J. F. Wilson, for Appellee.

January 22, 1896. Affirmed.

---

[Criminal No. 109.]

## JESUS LARES, Appellant, v. THE TERRITORY OF ARIZONA, Respondent.

APPEAL from the District Court of the Second Judicial District in and for the County of Pinal. O. T. Rouse, Judge.

J. S. Sniffen, for Appellant.

F. M. Doan, and A. S. Humphries, for Respondent.

January 24, 1896. Affirmed.